IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NOLAN CAIN                    )<br>                                             )<br>                    Plaintiff,      )<br>                                             )<br>v.                                        )<br>                                             )<br>STANGER ENTERPRISES, L.L.C. d/b/a )<br>PREMIER POOLS AND SPAS   )<br>                                             )<br>                    Defendant.  )<br>                                             ) | Case No. 23-cv-3195 |

DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

     Pursuant to Federal Rule of Civil Procedure 7.1 and GMAC Commercial Credit LLC v. Dillard Department Stores, Inc., 357 F.3d 827, 828 (8th Cir. 2004), Defendant Stanger Enterprises, L.L.C. hereby makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

     [INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]

     _____          This party is an individual.

     _____          This party is a publicly held corporation or other publicly held entity.

     _____          This party has parent corporations

               If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

     _____          Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

     If yes, identify all such owners:

\_\_\_\_\_  Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

     If yes, identify all corporations or entities and the nature of their interest:

\_\_X\_\_  This party is a limited liability company or limited liability partnership.

     If yes, identify each member of the entity and the member's state of Citizenship:  <u>Aaron Stanger.  Nebraska.</u>

\_\_\_\_\_  This party is an unincorporated association or entity.

     If yes, identify the members of the entity and their states of citizenship:

Date:   November 27, 2023

        STANGER ENTERPRISES, L.L.C.,
        Defendant,

        By:  \_\_\_\_<u>s/  Sam King</u>_____
          J.P. Sam King, NE # 19442
          Shelby Yost, NE #27088
          Patino King, L.L.C.
          12020 Shamrock Plaza, #200
          Omaha, NE  68154
          (402) 401-4410
          Sam@PatinoKing.com
          Attorneys for Defendant

CERTIFICATE OF SERVICE

      I certify that on November 27, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below:

Jason Bruno
Sherrets, Bruno & Vogt, L.L.C.
260 Regency Parkway Drive, Suite 200
Omaha, NE 68114
jbruno@sherrets.com

                         ___/s/ Sam King_____