IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NOLAN CAIN,<br><br>    Plaintiff,<br><br>vs.<br><br>STANGER ENTERPRISES LLC,<br><br>    Defendant. | **4:23CV3195**<br><br>**ORDER** |

  1) The motion to withdraw filed by Sam King and the law firm of Patino King, L.L.C. as counsel for Stanger Enterprises, LLC d/b/a Premier Pools and Spas (Filing No. 15), is granted.

  2) A limited liability corporation cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before January 31, 2024, Defendant shall obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in an entry of default and/or a default judgment against Defendant.

  3) The clerk shall mail a copy of this order to

  Aaron Stanger
  Reg. Agent, Stanger Enterprises, L.L.C.
  26099 Fort Circle
  Valley, NE 68064

  and

  Robert Smith
  Champion Industrial Group
  9853 N. Alpine RD
  Machesney Park, Illinois 61115

Dated this 26th day of December, 2023.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge