IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NOLAN CAIN, <br><br> Plaintiff, <br><br> vs. <br><br> AARON M. STANGER and STANGER ENTERPRISES LLC, doing business as Premier Pools and Spas, <br><br> Defendants. | 4:23-CV-3195 <br><br> ORDER |

This matter is before the Court on the plaintiff's objection (filing 71) to the Magistrate Judge's memorandum and order (filing 69) reconsidering her earlier recommendation of default as a sanction, and instead ordering monetary sanctions. A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). The Magistrate Judge's order here was neither. Accordingly,

IT IS ORDERED that the plaintiff's objection (filing 71) is overruled.

Dated this 10th day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge