IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NOLAN CAIN,<br><br>Plaintiff,<br><br>vs.<br><br>AARON M. STANGER,<br><br>Defendant. | 4:23CV3195<br><br><br>ORDER |

Ryan M. Hoffman and Kory L. Quandt of Bressman, Hoffman, Jacobs & Quandt, P.C., L.L.O. ("Counsel"), moved to withdraw as counsel for Defendant Aaron M. Stanger and defaulted Defendant Stanger Enterprises LLC d/b/a Premier Pools and Spas ("Stanger Enterprises"). Filing No. 80. The Court held a hearing on the motion on May 20, 2025. Mr. Stanger appeared. Stanger Enterprises did not appear—Mr. Stanger represented he sold Stanger Enterprises to a new owner and Mr. Quandt confirmed. Mr. Stanger represented to the Court he no longer wished to be represented by Counsel. Mr. Stanger also represented his intent to proceed pro se and provided the Court his contact information on the record.

Accordingly,

IT IS ORDERED as follows:

1) The motion to withdraw, Filing No. 80, is granted in part and denied in part without prejudice. It is granted in part regarding Mr. Stanger. It is denied in part without prejudice regarding Stanger Enterprises.
2) Counsel is withdrawn as counsel of record for Mr. Stanger and shall no longer receive electronic notifications for Mr. Stanger.

3) The Clerk of the Court shall add Mr. Stanger's contact information to the docket, as provided below:

>Aaron M. Stanger
>
>Reception and Treatment Center
>
>3218 West Van Dorn Street
>
>Lincoln, NE 68522

Dated this 20th day of May, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge