IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NOLAN CAIN, | |
| Plaintiff, | 4:23CV3195 |
| vs. | |
| AARON M. STANGER, | NOTICE |
| Defendant. | |

    In accordance with the Court's Order, Filing No. 85, the Clerk of the Court attempted to update Defendant Aaron Stanger's contact information based on the address he provided during the May 20, 2025 hearing.[1] Upon review, it was determined that the address provided by Defendant Stanger, who is currently incarcerated, is incorrect. Accordingly, unless otherwise provided by Defendant Stanger, the docket will reflect Defendant Stanger's current mailing address is as follows:

    Aaron M. Stanger #220213
    Inmate Mail/Parcels
    Reception and Treatment Center
    P.O. Box 22800
    Lincoln, NE 68542

---

[1] During the hearing, Defendant Stanger asked a correctional staff member what the address of the facility was. It did not appear that he independently knew his current mailing address.

In addition to the address above, the Clerk of the Court is directed to mail this notice to the following address:

> Aaron M. Stanger
> Reception and Treatment Center
> 3218 West Van Dorn Street
> Lincoln, NE 68522

All future filings will only be mailed to Defendant Stanger's address of record. It is each party's responsibility to update their contact information with the Clerk of the Court.

Dated this 22nd day of May, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge